# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

JOHN DEERE DEFERRED SAVINGS PLAN
FOR WAGE EMPLOYEES and DEERE & CO.,
    Plaintiffs,
  v.          Case No. 06-CV-1235

ESTATE OF ALAN R. PROPST,
RENEE J. PROPST,
DIANE M. REGER,
JULIE M. MAAS,
SHIRLEY WARMKA,
GARY L. PROPST, and
DONALD G. PROPST,
    Defendants.

[x] **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Renee Propst's motion for summary judgment is **granted**. The disputed funds deposited with the court, excluding the amount for reasonable attorneys' fees and costs, as set forth below, shall be paid to Renee Propst.

  **IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs' motion to be dismissed as a party in this action, is **granted**.

  **IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs' motions for costs and attorneys' fees is **granted in the amount of $15,000.00**. The amount of **$15,000.00** shall be deducted from the disputed proceeds deposited with the court and paid to the plaintiffs.

         Jon W. Sanfilippo, Clerk of Court
         EASTERN DISTRICT OF WISCONSIN

Date: December 28, 2007    (By) Deputy Clerk, s/C. Quinn

         Approved this 28th day of December, 2007.

         s/AARON E. GOODSTEIN
         United States Magistrate Judge